# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

140031

HELGA ROSE,
        Plaintiff-Appellant,

v

TERRY BRACISZEWSKI, KATHERINE
BRACISZEWSKI, MICHAEL S. SINACOLA,
and THERESA BRAWDY,
        Defendant-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140031
COA: 285316
Livingston CC: 07-022962-CE

On order of the Court, the application for leave to appeal the October 13, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

Clerk